J. & E. v. M. & F.

May 30, 1978. Petitions for certification denied. (See 157 *N. J. Super.* 478)

JOSEPH BARROW v. NEWARK STAR LEDGER.

May 30, 1978. Petition for certification denied.

JOSEPH BARROW v. MORRISTOWN DAILY RECORD.

May 30, 1978. Petition for certification denied.

CLEMENT RUGGERIO v. NATIONAL GYPSUM CO.

May 30, 1978. Petition for certification denied.

STANLEY CIECKA v.
HOME INDEMNITY INSURANCE COMPANY.

May 30, 1978. Petition for certification granted.

ALPHONSE DIGIACOMO v. MARIE DIGIACOMO.

May 30, 1978. Petition for certification granted.